United States District Court
Southern District of Texas

**ENTERED**

April 17, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABDALJABER ATEF KHAYRI ALI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02269 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Abdaljaber Atef Khayri Ali has filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) and the Government has filed a Response and Motion for Summary Judgment (ECF No. 7). The Court has set a hearing on the Petition and the Motion for April 27, 2026, at 2:00 PM. Respondents are hereby **ORDERED** to ensure that Petitioner can participate in that hearing remotely. Respondents are also **ORDERED** to determine whether Petitioner requires translation services and if so, to update the Court on the feasibility of providing translation at the hearing. Parties may appear by telephone by calling in on the Court's dial-in number at +1 669-254-5252. Enter Meeting ID: 160 7362 7986#, no participant ID − press #, followed by Passcode: 3716#

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 17, 2026.

Keith P. Ellison
United States District Judge