United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ABDALJBER ALI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-02269** |
| | § | |
| **MARTIN FRINK,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

On this day, the Court held a hearing on Petitioner Abdaljber Ali's Petition for Writ of Habeas Corpus (ECF 1) and Respondents' Motion for Summary Judgment (ECF 7). For the reasons stated on the record, the Court **DENIED** the Petition **WITHOUT PREJUDICE** and **GRANTED** Respondents' Motion for Summary Judgment. The stay of removal is lifted.

Respondents are **ORDERED** to update the Court as to the status of Petitioner's removal on June 10, 2026. If Petitioner has not been removed by that date, the Court will allow Petitioner to renew his Petition.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 28, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1